# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

September 13, 2022

Lyle W. Cayce
Clerk

No. 22-60325
Summary Calendar

United States of America,

*Plaintiff—Appellee*,

*versus*

Ricky L. Wedgeworth,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 5:11-CR-7-1

Before Stewart, Duncan, and Wilson, *Circuit Judges*.

Per Curiam:*

Ricky L. Wedgeworth has appealed the district court's order denying his motion for compassionate release in which he complained that he is at risk of life-threatening complications related to the COVID-19 pandemic. The district court presumed that extraordinary and compelling reasons for

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

compassionate release had been shown, and it denied relief after balancing the statutory sentencing factors.

Wedgeworth has not shown that the district court's ruling was based upon an error of law or a clearly erroneous assessment of the evidence. *See United States v. Chambliss*, 948 F.3d 691, 693–94 (5th Cir. 2020). No abuse of discretion has been shown. *See id.* The district court's order is AFFIRMED.